# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEVEN BROWN,<br><br>        Petitioner,<br><br>    v.<br><br>BRUCE PLUMLEY,<br><br>        Respondent. | Case No. 1:18-cv-01570-SAB-HC<br><br>ORDER DENYING RESPONDENT'S MOTION FOR 207-DAY EXTENSION OF TIME (ECF No. 10)<br><br>ORDER DIRECTING FIRST ASSISTANT UNITED STATES ATTORNEY PHILLIP TALBERT OR SUPERVISOR OF FEDERAL HABEAS ASSIGNMENTS TO RESPOND<br><br>**SEVEN (7) DAY DEADLINE** |

      Petitioner is federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 14, 2019, counsel for Respondent moved for a 207-day extension of time to file a response to the petition as she is on "indefinite" leave to care for a family member. (ECF No. 10).[1]

      It is not clear to the Court why this case cannot be reassigned to another Assistant United States Attorney given that there have been no substantive filings in this matter, Respondent's current counsel does not appear to have any personal knowledge regarding Petitioner's case, and

---

[1] The Court feels that counsel's request is appropriate and that counsel, while caring for a family member, should not be obligated to respond to this petition. Hence, the Court seeks inquiry as to reassignment.

1

Petitioner could be released if his petition is granted. Due to the impact of habeas cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted. The Court notes, however, that if this matter is reassigned to a different attorney, the Court is inclined to grant a ninety-day extension for Respondent to file a response to the petition.

Accordingly, the Court HEREBY ORDERS that:

1. Respondent's motion for 207-day extension of time (ECF No. 10) is DENIED; and
2. Within **seven (7) days** from the date of service of this order, First Assistant United States Attorney Phillip Talbert or the supervisor responsible for habeas assignment in the Sacramento United States Attorney's office SHALL inform this Court why this case cannot be reassigned to a different Assistant United States Attorney in order to respond to the petition.

IT IS SO ORDERED.

Dated:  **February 20, 2019**

UNITED STATES MAGISTRATE JUDGE