1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEVEN BROWN,<br><br>                    Petitioner,<br><br>           v.<br><br>BRUCE PLUMLEY, Warden,<br><br>                    Respondent. | CASE NO. 1:18-CV-01570-SAB (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION TO STAY<br><br>(ECF No. 17) |

On May 14, 2019, Respondent filed a motion to stay proceedings or alternatively, motion for extension of time to file a response to Petitioner's § 2241 petition.

IT IS HEREBY ORDERED that Respondent's request for a stay of proceedings is GRANTED. Respondent shall file a status report by July 15, 2019, or fifteen days after the Supreme Court issues its decision on the petition for writ of certiorari in <u>United States v. Herrold</u>, No. 17-1445, whichever is earlier.

IT IS SO ORDERED.

Dated: **May 30, 2019**

UNITED STATES MAGISTRATE JUDGE